**EXHIBIT A**



STATE OF TENNESSEE
**DEPARTMENT OF COMMERCE AND INSURANCE**
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 37243-1131

May 4, 2007

Nationwide General Ins Co, % C T Corp.
800 South Gay Street, Ste. 2021
Knoxville, TN 37929-9710
NAIC # 23760

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7006 2150 0004 6619 6447
Cashier # 3155

Re: Angela Burton V. Nationwide General Ins Co, % C T Corp.

Docket # 25265

To Whom It May Concern:

We are enclosing herewith a document that has been served on this department on your behalf in connection with the above-styled matter.

I hereby make oath that the attached Complaint was served on me on May 1, 2007 by Angela Burton pursuant to Tenn. Code Ann. § 56-2-504 or § 56-2-506. A copy of this document is being sent to the Circuit Court of Rhea County, TN.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
Rhea County
1475 Market Street, Rm 104
Dayton, Tn 37321

Service of Process 615.532.5260

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
05/08/2007
Log Number 512202623

**TO:** Randolph Wiseman
Nationwide Mutual Insurance Company
One Nationwide Plaza 1-38-11
Columbus, OH, 43215-2220

MAY 10 2007

**RE:** **Process Served in Tennessee**

**FOR:** Nationwide General Insurance Company (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Angela Burton, Pltf. vs. Nationwide Insurance Company, Dft. // To: Nationwide General Insurance Company |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint, Cost Bond |
| **COURT/AGENCY:** | Rhea County Circuit Court, TN<br>Case # 25265 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed for property damage to home resulting from a fire |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/08/2007 postmarked on 05/04/2007 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date this summons is served upon you |
| **ATTORNEY(S) / SENDER(S):** | Keith H. Grant<br>340 Cherry Street<br>P.O. Box 908<br>Dunlap, TN, 37327<br>423-949-8488 |
| **REMARKS:** | Process served/received by the Insurance Commissioner on 05/01/2007, and mailed to CT Corporation System on 05/08/2007. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 791294621100 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 800 S. Gay Street<br>Suite 0221<br>Knoxville, TN, 37929-9710 |
| **TELEPHONE:** | 865-342-3522 |

MAY 11 REC'D

Page 1 of 1 / EF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

| Circuit Court<br>**Rhea County**<br>**Dayton, Tennessee** | **SUMMONS** | Case number:<br>25265 |
|---|---|---|

Angela Burton vs. Nationwide Ins. Co.

To: Nationwide Insurance Company
Defendant Address

You are hereby summoned to answer and make defense to a bill of complaint which has been filed with the office of the Circuit Court Clerk of Rhea County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court Clerk of Rhea County, Tennessee on or before thirty (30) days after serviced of this summons upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Witnessed and issued this 15th day of Feb., 2007.

**Regina F. Metts, Circuit Court Clerk**
By: C. Pritchett
Deputy Circuit Court Clerk

Attorney for the Plaintiff: Keith H. Grant
P.O. Box 908
Dunlap, TN 37327

**State of Tennessee,**
**County of Rhea**

I, Regina F. Metts, Clerk of the Circuit Court, in and for the State and County aforesaid, hereby certify that the within and foregoing is a true and correct copy of the original writ of summons issued in this case.

**Regina F. Metts, Circuit Court Clerk**
By: ______________________
Deputy Clerk

**OFFICER'S RETURN**

I certify that I served this summons together with the complaint as follows:

☐ On ________________, 20_____, I delivered a copy of the summons and complaint to the defendant, ______________________________.

☐ Failed to serve this summons within 30 days after its issuance because: _______

______________________________________________.

**Mike Neal, Sheriff**
By: ____________________
Deputy Sheriff

**CLERK'S RETURN**

I hereby acknowledge and accept service of the within summons and receive copy of same, this ______ day of ____________, 20____.

______________________________
Defendant

**Regina F. Metts, Circuit Court Clerk** By: ______________________, Deputy Clerk

STATE OF TENNESSEE, RHEA COUNTY
I, the undersigned Circuit Court Clerk, do hereby certify that this is a true and correct copy of the original of this instrument filed in this cause.
This 6th day of March, 2007
Regina Metts / ms
CIRCUIT COURT CLERK

IN THE TWELFTH JUDICIAL DISTRICT OF TENNESSEE
CIRCUIT COURT OF RHEA COUNTY

ANGELA BURTON *
Plaintiff *
v. *
NATIONWIDE INSURANCE COMPANY. *
Defendant *

No.: 25265

FILED
FEB 15 2007
REGINA METTS
Circuit/Family Clerk

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Angela Burton, who would aver as follows:

1.

Plaintiff is a citizen and resident of Spring City, Tennessee.

2.

That Defendant is an Ohio Corporation, licensed and doing business in Rhea County, Tennessee.

3.

Plaintiff's home, located in Spring City, Rhea County, Tennessee

4.

On or about September 13, 2005, Plaintiff's residence was damaged by fire.

5.

At the time, Plaintiff had in effect an insurance policy with the Defendant, which covered the premises in question.


Keith H. Grant
340 Cherry Street
P.O. Box 908
Dunlap, TN 37327
T: (423) 949-8488
F: (423) 949-6652

6.

Plaintiff has attempted to resolve this matter without filing suit, has cooperated with the Defendant and has fulfilled all obligations under the policy.

7.

Defendant spent a considerable amount of time investigating this matter and on June 21, 2006, issued correspondence to the Plaintiff stating that it was denying coverage for the structure in question.

8.

Defendant is responsible for the loss of Plaintiff's residence pursuant to the policy in effect at the time of the loss.

9.

Defendant is further in violation of T.C.A. §56-7-105 for its failure to pay the claim involved.

WHEREFORE, Plaintiff, Angela Burton, prays as follows:

1. That this complaint be served upon defendant requiring defendant to respond within the delays allowed by law, but not under oath such being expressly waived.
2. For all damages resulting from the defendant's failure to pay the claim in a timely fashion.
3. For all other damages, both general and specific, to which this Honorable Court sees fit.


Keith H. Grant
340 Cherry Street
P.O. Box 908
Dunlap, TN 37327
T: (423) 949-8488
F: (423) 949-6652

Respectfully submitted,

KEITH H. GRANT
BPR #23274
340 Cherry Street
P.O. Box 908
Dunlap, TN 37327
Telephone (423) 949-8488
Facsimile (423) 949-6652
*Attorney for Plaintiff,*
*Angela Burton*

STATE OF TENNESSEE

COUNTY OF Rhea

Angela Burton, after being first duly sworn, makes oath that the facts in the foregoing complaint are true to the best of his knowledge, information and belief.

Angela L. Burton
Angela Burton

Sworn to and subscribed before me

this 15 day of Feb., 2007.

Beverly J. Buckett
Notary Public

My Commission Expires: 9/24/2008

BEVERLY M. BUCKETT
STATE OF TENNESSEE
NOTARY PUBLIC
RHEA COUNTY


Keith H. Grant
340 Cherry Street
P.O. Box 908
Dunlap, TN 37327
T: (423) 949-8488
F: (423) 949-6652

COST BOND

The undersigned hereby acknowledges and binds himself for the prosecution of this action and payment of all non-discretionary costs in this Court, which may at any time be adjudged against the Plaintiff in the event Plaintiff shall not pay them.

~~Respectfully submitted~~ this the 14th day of February, 2007.

KEITH H. GRANT

COMPLAINT - 4
Keith H. Grant
340 Cherry Street
P.O. Box 908
Dunlap, TN 37327
T: (423) 949-8488
F: (423) 949-6652