Nos. 07-6509; 07-6510
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ANGELA BURTON,

    Plaintiff - Appellant Cross-Appellee

v.

NATIONWIDE INSURANCE COMPANY,

    Defendant - Appellee Cross-Appellant

ORDER

**FILED**

MAR 0 4 2008

LEONARD GREEN, Clerk

1:07-cv-129
Collier/Carter

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeals,

**IT IS ORDERED** that the appeals be and they hereby are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                                ENTERED PURSUANT TO RULE 33(d)
                                                RULES OF THE SIXTH CIRCUIT
                                                Leonard Green, Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
      Deputy Clerk